# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

TIKIRA BURGESS, as parent and
natural guardian of D.H. and H.H., Minors                      PLAINTIFFS

v.                                   No. 2:26-cv-64-DPM

USAA CASUALTY INSURANCE
COMPANY                                                        DEFENDANT

## ORDER

Motion to remand, *Doc. 7*, noted.  If plaintiffs file a stipulation that they will not seek a total recovery in this case from all sources in excess of the statutory amount, *Bell v. Hershey Co.*, 557 F.3d 953, 958 (8th Cir. 2009), including by any later amendment of their complaint or otherwise, then the Court will remand.  If no such stipulation is filed, the case will stay here.  Any stipulation due by 5 June 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 May 2026