# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**TIKIRA BURGESS, as parent and
natural guardian of D.H. and H.H., Minors**                    **PLAINTIFFS**

**v.**                              **No. 2:26-cv-64-DPM**

**USAA CASUALTY INSURANCE
COMPANY**                                         **DEFENDANT**

## ORDER

1.      The Court directs the Clerk to seal *Doc. 7*, and to replace the redacted version of *Doc. 9* and seal the unredacted original.

2.      Affidavit, *Doc. 11*, appreciated.  The plaintiffs stipulate that the amount in controversy is less than the statutory amount.  *Bell v. Hershey Co.*, 557 F.3d 953, 958 (8th Cir. 2009).  Based on that binding statement, this Court remands this case to the Circuit Court of Phillips County, Arkansas for lack of subject matter jurisdiction.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
16 June 2026